# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| INTERNATIONAL FOREST PRODUCTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY TERMINALS LLC A/K/A LIBERTY TERMINAL SAVANNAH LLC,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No.   4:16-cv-259-WTM/GRS<br>:<br>:<br>:<br>:<br>:<br>: |

## COMPLAINT IN ADMIRALTY

Plaintiff International Forest Products LLC ("Plaintiff" or "IFP"), by its attorneys, Duane Morris LLP, alleges upon information and belief, as follows:

## PARTIES

1. At and during all the times hereinafter mentioned, Plaintiff was and is a legal entity formed and existing under the laws of Massachusetts with an office and place of business at One Patriot Place, Foxboro, Massachusetts 02035. Plaintiff brings this action on its own behalf and as agent or trustee on behalf of and for the interest of all parties who had, have, or may be or become interested in the said paper product at issue in this action.

2. At and during all the times hereinafter mentioned, defendant Liberty Terminals LLC a/k/a Liberty Terminal Savannah LLC ("Defendant" or "Liberty")

was and is a legal entity formed and existing under the laws of Georgia with an office and place of business at 1112 Marine Terminal Drive, Savannah, Georgia 31404, and the Port of Savannah, and was and is now engaged in business as a terminal operator, stevedore, public bailee or warehouseman of merchandise for hire.

## JURISDICTION AND VENUE

3. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and within the admiralty jurisdiction of this Court pursuant to 28 U.S.C. § 1333.

4. The Court also has jurisdiction over this claim pursuant to 28 U.S.C. § 1332 in that the citizenship of the parties is diverse, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. The Court also has pendent, ancillary, and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

6. Venue is proper in this district pursuant to 28 U.S.C. § 1391.

## FACTS

7. This is an action to recover approximately $400,000.00 for damage to rolls of unbleached kraft liner board (the "Product") caused by Defendant.

8. During all relevant times Plaintiff owned the Product.

9. During all relevant times Defendant represented itself to Plaintiff as skilled and experienced in the receipt, care, handling, storage and loading of reams or rolls of paper, including the loading of ocean shipping containers for carriage on board overseas vessels.

10. In reliance on Defendant's representations, Plaintiff sent, and Defendant agreed to accept and receive, multiple reams or rolls of paper for Plaintiff's account as a public terminal, stevedore, bailee, warehouseman, cargo handler, and ocean container loader.

11. In 2014, in consideration of certain charges paid by Plaintiff or agreed to be paid, Defendant agreed to and did accept and receive the Product to care for, handle, store and load the Product into ocean shipping containers for carriage on board overseas vessels.

12. At the time of Defendant's acceptance and receipt, the Product was in good condition, and Defendant did not take exception to the condition of the Product as received and accepted.

13. Defendant failed to care for, handle, store, or correctly load the Product into ocean shipping containers.

14. Instead, Defendant seriously injured, impaired in value, and/or destroyed the Product.

15. The Product was not in good condition, but instead seriously injured, impaired in value, and/or destroyed due to Defendants' action, inaction or wrongful conduct or omissions.

16. Defendant violated its agreement with Plaintiff, and its duties as a public terminal, stevedore, bailee, warehouseman, cargo handler, and ocean container loader.

17. Defendant's actions were negligent, grossly negligent, willful misconduct, or other wrongful and malicious conduct for which it is responsible.

18. As a result of Defendant's actions, Plaintiff has sustained damages in an amount of nearly $400,000.00.

**AS AND FOR A FIRST CAUSE OF ACTION - BREACH OF BAILMENT**

19. Plaintiff repeats and realleges Paragraphs 1 through 18 as if fully set forth herein.

20. Defendant acted as a bailee of the Product for good consideration.

21. As a bailee who warranted and had a legal duty to safely care for, handle, store, and correctly load the Product in the same condition as when accepted and delivered to it and to perform its services as a bailee or to ensure that those services were performed with reasonable care and in a non-negligent and workmanlike manner.

22. Defendant breached its bailment obligations and negligently failed to care for, handle, store, and correctly load the Product in the same condition as when accepted and delivered to it.

23. By reason of the foregoing, Defendant is liable to Plaintiff, in an amount which as nearly as can now be estimated is up to or exceeding $400,000.00

## AS AND FOR A SECOND CAUSE OF ACTION - BREACH OF CONTRACT

24. Plaintiff repeats and realleges Paragraphs 1 through 23 as if fully set forth herein.

25. For good consideration, Defendant accepted and received the Product, and agreed to safely care for, handle, store, and correctly load the Product into ocean shipping containers for delivery to Plaintiff's accounts, in the same condition as when accepted and delivered to it.

26. Thereafter, Defendant breached those contract obligations and negligently failed to care for, handle, store, and correctly load the Product in the same condition as when accepted and delivered to it.

27. By reason of the foregoing, Defendant is liable to Plaintiff, in an amount which as nearly as can now be estimated is up to or exceeding $400,000.00.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays:

1. That judgment be entered in its favor and against Defendant for the amount of $400,000, together with interest and costs, and attorneys' fees associated with brining and maintaining this action, and bad faith and punitive damages; and,

2. That the Court grant to Plaintiff such other and further relief as may be just and proper.

This 28th day of September, 2016.

**DUANE MORRIS LLP**
By: /s/ William D. Barwick
William D. Barwick, Esq.
Georgia Bar No. 041025
wdbarwick@duanemorris.com
Kenneth B. Franklin**
Georgia Bar No. 005773
kbfranklin@duanemorris.com
1075 Peachtree St. N.E., 20th Floor
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Fax: (404) 253-6901


**Admission pending to the United States District Court for the Southern District of Georgia

JS 44   (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
International Forest Products LLC

## DEFENDANTS
Liberty Terminals LLC a/k/a Liberty Terminal Savannah LLC

**(b)** County of Residence of First Listed Plaintiff: Norfolk Co., MA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Chatham Co., GA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
William D. Barwick and Kenneth B. Franklin, DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 2000, Atlanta, GA 30309
404-253-6900

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☒ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332
Brief description of cause:
Breach of contract to load containers for ocean export

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 400,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 09/28/2016
SIGNATURE OF ATTORNEY OF RECORD: /s/ William D. Barwick

**FOR OFFICE USE ONLY**

RECEIPT #           AMOUNT           APPLYING IFP           JUDGE           MAG. JUDGE

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Southern District of Georgia

International Forest Products LLC

V.

Liberty Terminals LLC a/k/a Liberty Terminal Savannah LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

Liberty Terminals LLC a/k/a Liberty Terminal Savannah LLC
c/o Corporation Service Company, REGISTERED AGENT
40 Technology Parkway South, Suite 300, Ben Hill
Norcross, GA 30092

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William D. Barwick

Kenneth B. Franklin

Duane Morris LLP

1075 Peachtree Street NE, Suite 2000

Atlanta, Georgia 30309

an answer to the complaint which is served on you with this summons, within ___21___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff
_____                              _____
CLERK                                                                                                    DATE


_____
(By) DEPUTY CLERK

GAS Rev 1/31/02