# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| INTERNATIONAL FOREST PRODUCTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY TERMINALS LLC A/K/A LIBERTY TERMINAL SAVANNAH LLC, <br><br> Defendant. | Civil Action No. 4:16-CV-00259-WTM-GRS |

## CONSENT ORDER GRANTING JOINT MOTION TO STAY CERTAIN PRETRIAL AND DISCOVERY DEADLINES PENDING MEDIATION

The Parties having come before the Court on the Joint Motion to Stay Certain Pretrial and Discovery Deadlines Pending Mediation (Doc. [13]), and the Court having considered the Motion and all Parties having consented to the entry of this Order, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Within 5 days following the conclusion of mediation negotiations, *but by no later than February 20, 2017,* the Parties shall file a report informing the Court whether the Parties were able to settle the case. If the Parties were not able to settle the case, the Parties shall conduct the Rule 26(f) Early Planning Conference within 16 days of the filing of the mediation report.

The Joint Preliminary Report and Discovery Plan and Initial Disclosures shall be due within 14 days of the Parties' Rule 26(f) Early Planning Conference. Discovery shall begin on the date the parties file their mediation report and shall expire 4 months thereafter.

This 28TH day of November, 2016.

_/s/ G. R. Smith_
Magistrate Judge G. R. Smith

Copy to All Counsel of Record

Prepared by:

**DUANE MORRIS LLP**

By: /s/ Kenneth B. Franklin
William D. Barwick, Esq.
Georgia Bar No. 041025
wdbarwick@duanemorris.com
Kenneth B. Franklin
Georgia Bar No. 005773
kbfranklin@duanemorris.com
1075 Peachtree St. N.E., 20th Floor
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Fax: (404) 253-6901

*Attorneys for Plaintiff International Forest Products LLC*