IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

INTERNATIONAL FOREST )
PRODUCTS, LLC, )
)
    Plaintiff, )
)
v. )
) CASE NO. CV416-259
LIBERTY TERMINALS, LLC, a/k/a )
Liberty Terminal Savannah, )
LLC, )
)
    Defendant. )
)

## O R D E R

Before the Court is the parties' Stipulation of Voluntary Dismissal With Prejudice. (Doc. 16.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE.** Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 14th day of March 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA